UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY FIDEL ALFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. MA,<br><br>　　　　Defendant. | No. 2:13-cv-2493 KJN P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed a properly completed in forma pauperis affidavit or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff did not fully complete or sign the form.

　　　　Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee. Plaintiff shall have the appropriate CDCR official complete the certificate portion of the new application, and shall attach a copy of plaintiff's trust account statement for the preceding six months.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff shall submit, within thirty days from the date of this order, a properly completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order

1

will result in a recommendation that this action be dismissed; and

    2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated:  December 6, 2013

alfo2493.3a

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE